IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONIQUE DEGENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CASE NO. 3:20-cv-1599-G-BT |
| | ) | |
| RENEE HALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed those sections of the proposed findings, conclusions, and recommendation that were objected to *de novo* and all other sections for plain error. After an independent review, the Court ACCEPTS the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

January 4, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**